FILED

APR - 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:23 CR 194 |
| CHARLES S. HALL, | ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), 846, and 856(a)(1); Title 18 United States Code Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

JUDGE ADAMS

COUNT 1
(Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury further charges:

1. From on or about October 11, 2022 to on or about November 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

2. From on or about October 11, 2022 to on or about November 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did unlawfully and knowingly use and maintain a place located at XXXX Francis Drive, Geneva-on-the-Lake, Ohio, for the purpose of distributing methamphetamine, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 3
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

3. On or about October 11, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly and intentionally distribute approximately 3.654 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A))

The Grand Jury further charges:

4. On or about October 12, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly and intentionally distribute approximately 56.1 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 5
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

5. On or about October 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly and intentionally distribute approximately 3.451 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 6
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

6. On or about October 25, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly and intentionally distribute approximately 2.919 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 7
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

7. On or about October 27, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly and intentionally distribute approximately 3.524 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 8
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B))

The Grand Jury further charges:

8. On or about October 31, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly and intentionally distribute approximately 9.32 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT 9
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B))

The Grand Jury further charges:

9. On or about November 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL did knowingly possess with intent to distribute 12.93 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT 10
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

10. On or about November 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant CHARLES S. HALL, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Illegal Assembly or Possession of Chemicals for the Manufacture of Drugs (F-3), on or about November 27, 2012, in Case Number 2012-CR-00020, in the Ashtabula County Court of Common Pleas, knowingly possessed in and affecting interstate commerce ammunition, to wit: 24 rounds of assorted ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

4

## FORFEITURE

The Grand Jury further charges:

11. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 10 are incorporated herein by reference. As a result of the foregoing offenses, Defendant CHARLES S. HALL shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the violations charged in Counts 1 through 9; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged in Counts 1 thorough 9; and any and all firearms and ammunition involved in or used in the violation charged in Count 10.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.